UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER AARON WOFSE and LEONARD WOFSE,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL HORN, TRACY HORN, and JOHN DOES 1-10,<br><br>            Defendants. | Case No. 19-cv-12396 |

## NOTICE OF REMOVAL OF ACTION

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441, Defendants Michael Horn and Tracy Horn hereby remove this civil action from the Massachusetts Superior Court for Middlesex County (the "Superior Court"), where it is currently pending as Civil Action No. 1981CV00386, to the United States District Court for the District of Massachusetts.

1. On or about February 11, 2019, Plaintiffs commenced a civil action in the Superior Court, entitled *Christopher Aaron Wofse and Leonard Wofse v. John Does 1-10*, Civil Action No. 1981CV00386.

2. On or about November 5, 2019, Plaintiffs filed a Motion to Amend Complaint, requesting leave to add Michael Horn and Tracy Horn as defendants.

3. On November 21, 2019, Mr. and Mrs. Horn were served with a summons and the Amended Complaint. A copy of the Summons and Amended Complaint served upon Mr. and Mrs. Horn in the state court action are attached hereto as Exhibit A.

4. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. *See* 28 U.S.C. § 1446(b) ("[e]ach defendant shall have 30 days after receipt . . . of the initial pleading . . . to file the notice of removal").

5. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331. It is founded on a claim that the defendants violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, by allegedly accessing electronic data and information about the plaintiffs stored on protected computers resulting in losses of at least $5,000 during a one-year period.

6. Accordingly, Plaintiffs' claims for relief arise under the Constitution, treaties, or laws of the United States. Therefore, this action is subject to removal pursuant to 28 U.S.C. § 1441(a).

7. If any question arises as to the propriety of the removal of this action, Mr. and Mrs. Horn respectfully request the opportunity to submit briefing and oral argument and to conduct discovery in support of their position that subject matter jurisdiction exists.

8. By filing this Notice of Removal, Defendants Michael and Tracy Horn specifically reserve the right to assert any defenses and/or objections to which they may be qualified to assert.

WHEREFORE, Defendants Michael and Tracy Horn respectfully request that this action be removed from the Superior court to the United States District Court for the District of Massachusetts, and that all further proceedings in this action be held before this Court.

Dated: November 22, 2019                     Respectfully submitted,

                                             TRACY K. HORN and
                                             MICHAEL B. HORN

                                             By their attorney,


                                             */s/ Seth B. Orkand*
                                             Seth B. Orkand (BBO # 669810)
                                             Megan A. Siddall (BBO # 568979)
                                             MINER ORKAND SIDDALL LLP
                                             470 Atlantic Avenue, 4th Floor
                                             Boston, Massachusetts 02210
                                             Tel: (617) 273-8421
                                             Fax: (617) 273-8004
                                             sorkand@mosllp.com
                                             msiddall@mosllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and accurate copy of the foregoing by first class mail and email upon all counsel of record on November 22, 2019.

w

*/s/ Seth B. Orkand*
Seth B. Orkand