| CIVIL ACTION COVER SHEET | DOCKET NUMBER 19-386 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): CHRISTOPHER AARON WOFSE, LEONARD WOFSE

ADDRESS: 62 BOW ST. LEXINGTON, MA 02420

COUNTY: MIDDLESEX

DEFENDANT(S): JOHN DOES

ATTORNEY: DAVID T. DECELLES

ADDRESS: ONE SHIPYARD WAY, SUITE 201 MEDFORD MA 02155

ADDRESS: CURRENTLY UNKNOWN

BBO: 543738

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO.: B15, B21
TYPE OF ACTION (specify): DEFAMATION, FRAUD, BUSINESS TORT
TRACK: A
HAS A JURY CLAIM BEEN MADE? ☑ YES ☐ NO

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☑ NO

Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☑ NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX

FEB 11 2019

CLERK

A. Documented medical expenses to date
1. Total hospital expenses ......................................... $ 2,000 (EST.)
2. Total doctor expenses ......................................... $ 1,000
3. Total chiropractic expenses ......................................... $
4. Total physical therapy expenses ......................................... $ 1,000
5. Total other expenses (describe below) ......................................... $
   Subtotal (A): $ 4,000

B. Documented lost wages and compensation to date ......................................... $
C. Documented property damages to date ......................................... $
D. Reasonably anticipated future medical and hospital expenses ......................................... $ 4,000
E. Reasonably anticipated lost wages BUSINESS COMPENSATION LOSSES ......................................... $ 30,000 (EST.)
F. Other documented items of damages (describe below) COMPELLED ACQUISITION OF NEW ELECTRONIC EQUIPMENTS PROVIDERS, INVESTIGATORS ......................................... $ 10,000

G. Briefly describe plaintiff's injury, including the nature and extent of injury: A PATTERN OF DEFAMING AND DISPARAGING CYBER ATTACKS, ELECTRONICALLY CONCEALED, CAUSING HARM TO TOTAL (A-F):$ 52,000. REPUTATION, BUSINESS CONNECTIONS, EMOTIONAL AND PHYSIOLOGICAL HARM.

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X _____ Date: 2/11/2019

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court

NONE

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____ Date: 2/11/2019

**Commonwealth of Massachusetts** 11/21/R

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1981cv00366

Christopher Aaron Wofse and the
Estate of Leonard Wofse, PLAINTIFF(S),

V.

Michael Horn et al. , DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO __Tracey Horn__ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the
Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been
filed in the __Middlesex Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide
   the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the
   opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect
   to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an
   extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a
   copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, __Superior__ Court,
      __Woburn, MA__ (address), by mail or in person, **AND**

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following
      address: __Eno Martin Donahue, LLP, 21 George Street, Lowell, MA 01852__

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer
   must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.
   Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to
   use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are
   based on the same facts or transaction described in the Complaint, then you must include those claims
   in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this
   lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your
   Answer or in a written demand for a jury trial that you must send to the other side and file with the
   court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a
   **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion
   to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If
   you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions"
   described in the rules of the Court in which the complaint was filed, available at
   www.mass.gov/courts/case-legal-res/rules of court.

**Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
**Required Information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on ___November 15___ , 20 _19_ .


Michael A. Sullivan
Clerk-Magistrate


Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.


## PROOF OF SERVICE OF PROCESS

I hereby certify that on_____ , 20____ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

Dated: _____ , 20____        Signature: _____

N.B.    TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

20___

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
C.A. NO.: 1981CV00386

)
CHRISTOPHER AARON WOFSE and )
LEONARD WOFSE, )
                                                )
    Plaintiffs, )
                                                )
    v. )
                                                )
MICHAEL HORN, )
                                                )
TRACEY HORN, )
                                                )
And )
                                                )
JOHN/JANE DOES 1-10, )
                                                )
    Defendants. )
)

## FIRST AMENDED COMPLAINT AND JURY DEMAND

Plaintiffs Christopher and Leonard Wofse (the "Wofses"), by and through their

undersigned counsel, bring this Complaint against defendants John Does 1-10, and allege and

state as follows:

## NATURE OF ACTION

1.    This action arises from defendants' malicious cyber-attacks of the Wofses

beginning in or about May 2017.  The attacks damaged the Wofses' reputations, standing in the

community, business interests, privacy interests, and emotional, mental, and physical wellbeing.

2.    The attacks have come in the form of:

    a.  anonymous defamatory, disparaging, and sometimes vicious and threatening

e-mails and text messages to the Wofses, their business clients and associates, and/or other third persons;

b.   hackings of the Wofses' home internet router and/or computer systems;

c.   fraudulent openings of credit card accounts; changes or attempts to change the Wofses' online names, passwords, and recovery e-mail addresses and phone numbers;

d.   and unwanted and unsolicited spam e-mails, text messages, phone calls, and junk mail catalogues.

3.      The Wofses now bring this Complaint to hold Michael and Tracey Horn, and their coconspirators, if any, accountable for the damages they caused.

## **PARTIES**

4.      Plaintiff Christopher Aaron Wofse (aka Christopher Aaron) ("Chris"), at all times relevant to this complaint, has, or has been, a resident of Massachusetts or lived at 62 Bow Street, Lexington, Massachusetts 02420.

5.      Plaintiff Leonard Wofse ("Leonard") is a resident of Massachusetts and lives at 62 Bow Street, Lexington, Massachusetts 02420.  Leonard is Chris's father.

6.      Defendant Michael Horn is a natural person dwelling at 8 Anthony Road, Lexington, Massachusetts 02420.

7.      Tracey Horn is a natural person dwelling at 8 Anthony Road, Lexington, Massachusetts 02420.

8.      Defendants John Does 1-10 is a person or persons of unknown or unconfirmed residence who made or otherwise participated, in whole or in part, in the making of defamatory and disparaging statements about Chris and/or Leonard, intentionally interfered with Chris's igoldadvisor.com business interests, invaded the Wofses' privacy, and inflicted emotional distress on the Wofses, all beginning in or about May 2017. These individuals, if extant, have acted with the encouragement of, or on behalf of, Michael and Tracy Horn.

9.      On information and belief, given the content of defendants' statements and specific references to personal information of the Wofses and their property, as well as other reasons, some or all of defendants reside in Massachusetts.

## JURISDICTION AND VENUE

10.      This Court has jurisdiction over this action pursuant to G.L. c. 212 § 3 and G.L. c. 214 § 1. The amount in controversy is likely to exceed $50,000.00 exclusive of interest and costs.

11.      This Court has personal jurisdiction over defendants who reside or work in Massachusetts and/or committed the tortious actions in or directed at Massachusetts pursuant to G.L. c. 223A §§ 2, 3.

12.      Venue properly lies in this Court pursuant to G.L. c. 214 § 5 because the acts or omissions which give rise to the claims herein occurred, in whole or in part, in Lexington, Massachusetts and/or defendants reside or work in Lexington, Massachusetts.

## FACTS

13.      Defendants engaged in, and continued to engage in, a multi-faceted cyber-attack

campaign to damage the Wofses' names and reputations, business ventures, privacy interests, and emotional and mental wellbeing.  Defendants did so because, among other potential unknown reasons, they despise the Wofses, their home, their dogs, their cars, their physical and medical conditions, or their socio-economic class, or their political views and activities related to the American drone weapons program. It appears they are motivated to run the Wofses out of town.

### THE WOFSES

14.     Chris is 38 years old.  He worked for the Department of Defense ("DoD") between 2005 and 2009.  At various points during this time, Chris also worked alongside the Central Intelligence Agency and the U.S. military on drone warfare programs in Afghanistan and Iraq.  Chris left the DoD and was later diagnosed with post-traumatic stress disorder ("PTSD") related to the work he performed on behalf of the DoD.  Since leaving the DoD, Chris has spoken online and in-person for peace organizations on the negative aspects and the human cost of drone warfare.

15.     For the past few years, Chris has owned and operated a gold and precious metals market analysis company -- a sole proprietorship -- called igoldadvisor.com from his home and mobile locations.  For a fee, subscribers to igoldadvisor.com can access Chris's gold and precious metals market research reports.  To date, Chris has 265 subscribers.  He actively promotes his business in the hope of securing additional subscribers and other opportunities.

16.     Leonard Wofse passed away on August 7, 2019. His health, already weak, was dramatically weakened further by the actions of the defendants in this case. Medical evidence demonstrates that the additional stress directly contributed to his health's decline and ultimately

his death.

17.     As will be more relevant below:  Lexington, Massachusetts is an affluent, generally

upper class, community in the Greater Boston Area. The Wofses are not, however, affluent.  They

have lived at 62 Bow Street, Lexington, Massachusetts 02420 -- a 1962 three-bedroom, one and

one-half bath home rented by Leonard.  They have owned dogs, a German Shepherd and a Huskie,

and have walked their dogs at a local park.  Chris has owned a 10-year old car and kept it parked

on the street outside his father's home.

### *THE TWO INTERACTIONS WITH THE DOGS*

18.     On or about May 15, 2016, Leonard Wofse was walking his dog at a local park

off leash as permitted by the park's rules.

19.     While there, Defendants Michael and Tracey Horn and their daughter came to the

park.

20.     Leonard Wofse's dog approached Michael Horn's daughter with a stick, offering

the stick to play fetch with.

21.     Upon approach, Michael Horn advanced on the dog and kicked it. Leonard

Wofse's dog then fled.

22.     This sparked a heated confrontation between Leonard and Michael, wherein

Michael claimed that the dog was attacking his daughter, and Leonard demanded an explanation

for the attack on his animal.

23.     The two parted ways, but no animosity resolved.

24.     Approximately one year later, on May 4, 2017, in the same park, Michael Horn approached Leonard Wofse.

25.     Michael Horn claimed that Leonard's god had attacked and bitten Michael Horn's daughter one year prior.

26.     The two had an aggressive confrontation, wherein Michael Horn raised a fist to Leonard.

27.     Police were called, and both names taken, but no charges were filed relating to either confrontation relating to the dogs.

### DEFENDANTS' CYBER-ATTACK CAMPAIGN

28.     Two weeks after the second confrontation with the dogs, in May 2017, defendants attacked the Wofse's by applying for a credit card in Chris's name without his knowledge or authorization.  Not long after, the credit card company sent Chris the credit card with a pin access code.  Chris declined to activate the credit card and alerted the credit card company about the fraudulent attempt to open the credit card in his name.

29.     On or about June 3, 2017, around 2 a.m., defendants hacked into the Wofses' home internet router and/or computer and phone systems.  They stole or unlawfully accessed electronic data and information about the Wofses. This information was then weaponized by the Defendants.

30.     During the following two weeks, the Wofses were bombarded by the following on a nearly daily basis:

- around 300 spam e-mails to each of Chris and Leonard's separate personal and business e-mail accounts

- around 20 unsolicited phone calls and/or text messages to each of Chris and Leonard's separate cell phones

- around 5 unsolicited catalogues in the U.S. mail addressed to each of Chris and Leonard.

31. The above spam e-mails, phone calls, text messages, and mailed catalogues covered ominous, insulting, or vulgar subjects, each when viewed in context of other attacks was calculated to send a message that the Wofses were not welcome in town and should leave. These were as follows:

- Funeral home services and pet funeral services brochures implicitly suggested that either a family member or a pet would be killed.

- Realtor services indicated a desire of the attackers that the Wofses leave town.

- Pest control services, as will become apparent in other attacks, is in keeping with the Defendants treating the Wofse' as though they are filthy or vermin of some kind.

- Attacks related to weight control services, escort services, and pornography were simply personal attacks.

- Unusually high volumes of spam e-mails, phone calls, text messages, and mailed catalogues on the same subjects has continued through the present.

32.     On or about June 11, 2017, defendants sent one of their first damaging e-mails to or about the Wofses, using a disposable, temporary e-mail account and address from guerrillamail.com.

33.     Guerrillamail.com allows users to anonymously send e-mails and text messages using whatever identifying sender name they wish, which can incorporate guerrillamail.com's scrambled sender name feature.  Users can receive e-mails at their guerrillamail.com inboxes, but the e-mails last only an hour before they are automatically deleted.  Users do not have to register to use guerrillamail.com.  They need only visit guerrillamail.com, select an identifying sender name, and pick a master passcode to access their inbox.

34.     Guerrillamail.com's terms of service prohibit sending messages that:

- are unsolicited commercial e-mail (spam)

- are harassing, abusive, defamatory, obscene, in bad faith, unethical or otherwise illegal content

- distribute trojans, viruses or other malicious computer software

- are intending to commit fraud, impersonating other persons, phishing, scams, or related crime

- distribute intellectual property without ownership or a license to distribute such property

- breach, in any way, the terms of service, privacy policy or rules of this web site or the recipients'

*See* https://www.guerrillamail.com/tos/.

35.     Defendants used, and continue to use, guerrillamail.com and its scrambled sender name feature for their damaging e-mails and text messages to or about the Wofses.

36.     Defendants' June 11, 2017 guerrillamail.com e-mail was sent to an igoldadvisor.com business associate and falsely accused Chris of tax evasion:

From: <7z02hk+7ufwouaslop38@guerrillamail.com>
Date: Sun, Jun 11, 2017 at 8:20 AM
Subject: Christopher "Aaron"
To: "jamanfreda@gmail.com" <jamanfreda@gmail.com>

His real name is Christopher Aaron Wofse. The guy's fishy 'n fake AF. Probably tax evasion. Wouldn't touch with 10'pole.

37.     On or about June 16, 2017, defendants sent a guerrillamail.com text message to Leonard that he should tell Chris to "keep his big blabber mouth shut" about PTSD and warned of "traffic checks" for "blabber mouths": He also referred to Chris's PTSD diagnosis, suggesting "section 12 that can help". This is a reference to M.G.L. c. 123 § 12, which is Massachusetts law permitting emergency restraint and involuntary hospitalization of individuals who are a danger to themselves and others, also suggesting the attacker dwells in Massachusetts.

38.     Further, the "Blabbermouth" remark associated with the PTSD suffered by Chris is a clear reference to Chris's efforts to politically speak out against the drone program, the only matter in which Chris is publicly vocal in any manner.

1 of 3 FRM:80cvf0+50ccu26o55x5bsw7tfc@guerrillamail SUBJ:re: MSG:Tell your little son to keep his big blabber mouth shut. If he suffers from (Con't) 2 of 3 PTSD there's legislature Section 12 that can help. Traffic checks happen a lot especially to big blabber mouths. ---- Sent using (Con't) 3 of 3 Guerrillamail.com Block or report abuse: https://www.guerrillamail.com//abuse/?a=FxAjVl9QG%
2BdG0C6g6GpRcwDTA8SVxg%3D%3D (End)

39.     On or about June 17, 2017, in an effort to combat the cyberattacks, the Wofses updated their home internet router security settings.  Within minutes, defendants sent a text message to Leonard, joking about the increased security efforts:

1 of 2 FRM:811pv6+2thiiiamvwucogip2qkq1xqeds@guerri SUBJ:too late MSG:to beef up security. In's in =). ---- Sent using (Con't) 2 of 2 Guerrillamail.com Block or report abuse: https://www.guerrillamail.com//abuse/?a=FxAjVl9QG%2BdG0C6g6GpRcwDTA8SVxg%3D%3D (End)

40.     This was highly distressing, as it demonstrates that the Defendant's were observing the Plaintiff's in some manner, and that resistance was futile.

41.     On or about July 4, 2017, one month after the second interaction with the dogs, defendants sent a distressing text message to Leonard about him, Chris, their dogs, and the Wofses' negative impact on neighborhood property values:

1 of 4 FRM:870l7u+ycdr9xrvzp5gux9xt0a22c@guerrillam SUBJ:FATPIG MSG:You're a greasy slime ball. Garbage of the town. Take your grimy offspring (Con't) 2 of 4 and the rest of your filthy zoo and LEAVE. Property values decline thanks to scumbags like you. You piss and shit all over the (Con't) 3 of 4 neighborhood. Disgusting. ---- Sent using Guerrillamail.com Block or report abuse: https://www.guerrillamail.com//abuse/?a=FxAjVl9QG (Con't) 4 of 4 %2BdG0C6g6GpRcwDTA8SVxg%3D%3D (End)

42.     On July 8, 2017, defendants sent a guerrillamail.com e-mail to an igoldadvisor.com client ("Client No. 1"), falsely accusing Chris of, among other things, deception, hiding information, tax evasion, and illegal drug use; cautioning investors not to associate with Chris; and disclosing public and private information about Chris, his and

Leonard's "shitty little house" in Lexington, and two of Chris's phone numbers: [1]

From: <884q75+d4gfl2g3gzwco@guerrillamail.com>
Date: 8 Jul 2017 2:17 am
Subject: Christopher Aaron from iGoldadvisor TAX FRAUD & DECEIVES HIS CLIENTS
To: "Clearimagedesign@gmail.com" <Clearimagedesign@gmail.com>
Cc:

DO YOU KNOW WHO YOU'RE WORKING WITH???

I recently saw a guy (Joel Dunz) post a comment on youtube/iGoldAdvisor that he doesn't trust a guy with two first names (meaning Christopher Aaron). A bit strange, but I thought he was only joking.

THEN ... that comment gets DELETED. Now THAT's a bit more strange I thought. Obviously NOT a joke to iGoldAdvisor.

Coincidences, coincidences?! I did some RESEARCH. It might surprise you that iGoldAdviser's REAL name is actually Christopher WOFSE. Aaron is only his middle name! He also goes by Chris Wofse.

Now, why would anyone use a FALSE last name and present oneself DECEPTIVLY?

FISHY as FUCK - Investors beware ... this guy is HIDING something. NOT a guy you want to associate with!!!

...

Looking further ... Chris claims to be a whistleblower (?!?) and that the government is after him (... ?? can you say PARANOIA ... or ... TAX EVASION).

Upon some further findings ... a-ha - perhaps the motive lies elsewhere! He has declared BANKRUPTCY in February 2015. He was previously operating as Bullion Hunter, LLC, from Feb 2010 to June 2013.

Obviously NOT as successful as he CLAIMS to be with his clients.

...

---

[1] Redactions in screenshots included in the complaint are of private information and were not present in their original form.

Here are some Google specs but do your own research:

https://christopherwofse.wordpress.com/2015/12/03/physical-regeneration-herbs/ - went to war in Iraq and Afghanistan (same as Christopher "Aaron")

36 years old. DOB: 07/█████. Lives in Lexington, Massachusetts in a house rented by his father ? (age 70) Leonard E. Wofse. Address is 62 Bow St. Lexington MA a shitty littlehouse (Google satellite) in the urbs.

Also lived in Arlington, VA, Williamsburg, VA, Concord MA.

Ask Christopher "Aaron" where he went to school (Lexington High and William & Mary)
https://christopherwofse.wordpress.com/about/
https://www.quora.com/profile/Christopher-Wofse-1/activity

Call his phones: His phone line is ████████, has exact same voice on Google number ███████.

Aside from all this … the guy is a FREAK - he's into mushrooms and "herbs" and probably did too much cocaine to his brain:

https://www.youtube.com/watch?v=yQE9lnMD6Vg (check comment section/reply).

https://christopherwofse.quora.com/My-favorite-medicinal-mushroom (has helped me recover from serious "immune system deficiency" after returning from Afghanistan. )
http://www.courtrecords.org/people/CHRISTOPHER+WOFSE+VA/ (and the "immune deficiency asshat" apparently likes to speed.).


43.    On or about July 8, 2017, defendants sent an e-mail to another igoldadvisor.com client ("Client No. 2") nearly identical to the July 8, 2017 e-mail to Client No. 1.

44.    On July 15, 2017, defendants impersonated one of Chris's business associates and sent an e-mail to another igoldadvisor.com client ("Client No. 3"), falsely accusing Chris of, among other things, deception and losing clients' money; and warning current and potential investors against doing business with Chris:

On Saturday, July 15, 2017 3:23 AM, Keith <keith@worldmintgold.com> wrote:



**Name**

  Keith Winsell

**Email**

  keith@worldmintgold.com

**Phone**

**Website**

  http://www.worldmintgold.com

**Your Message**

  Christopher Aaron who presents himself as iGoldAdvisor on youtube is not who he says he is. His real name is Christopher Wofse. He's using his middle name as his last name. He's lost his clients boat loads of money. He's declared bankruptcy. Google it. He lives with his father. No wife or kids. No money. Drives 10 yr old car. This is a warning that s being sent out to potential clients and existing investors thinking to follow his recommendations.

45.    On July 15, 2017, defendants sent a distressing guerrillamail.com e-mail to Chris that disclosed his date of birth, Social Security number, and driver's license number in the subject line, and said in the message line: "tasty":



| From: | 8axt3y+9chzy2xc7kmn0@guerrillamail.com | Sent: | Sat 7/15/2017 |
|---|---|---|---|
| To: | c.aaron@igoldadvisor.com | | |
| Cc: | | | |
| Subject: | 07▮▮▮▮605▮▮▮▮4ZR7 | | |

tasty

46.    On or about July 15, 2017, defendants sent a guerrillamail.com text message to Leonard asking why Chris listens to "The Sparrow and the Crow" music. Shortly before the text message, Chris had left his "The Sparrow and the Crow" music disk face up on the passenger side of his car parked outside his home:

(Sparrow & crow ain?t music brotherfucker.) WTF crap u listening to. ---- Sent using Guerrillamail.com Block or report abuse: https://ww

47.     These series of emails show a strong local connection, and that the observer of the Sparrow and Crow CD had to be present in the neighborhood to look into Chris's car to see the CD.

48.     On or about October 8, 2017, defendants again hacked into the Wofses' home internet router and/or computer and phone systems. They stole or unlawfully accessed electronic data and information about the Wofses, and without their authorization changed or attempted to change their names, passwords, and/or recovery e-mail addresses and phone numbers to websites used by the Wofses such as Amazon, Google, and Pandora.

49.     Following the Wofses' additional efforts to increase their home internet router security settings, defendants sent a guerrillamail.com text message to Leonard on or about October 8, 2017, noting the new settings and joking about their effectiveness:

1 of 3 FRM:8slhzh+f6z4lrex24q5g@guerrillamail.com SUBJ:emp688pp MSG:U assigned a new password to ur new router lol! Dude, 21st (Con't) 2 of 3 century. ---- Sent using Guerrillamail.com Block or report abuse: https://www.guerrillamail.com//abuse/?a=FxAjVl9QG%2BdG0C6g6GpRcwDT (Con't) 3 of 3 A8SVxg%3D%3D (End)

50.     On October 8, 2017, defendants sent a guerrillamail.com e-mail to a leader of a Massachusetts anti-drone organization with whom Chris collaborates on drone and veteran issues, falsely accusing Chris of, among other things, non-payment of dog license fees, owning dogs that put children in danger, allowing the dogs to defecate everywhere, and being "anti-government"; and further noting specifics about the Wofses' dogs' physical appearance and their frequenting the local park:

From: <8sn0in+dvx0kb7w8f0k4@guerrillamail.com>

Date: Sun, Oct 8, 2017 at 5:44 PM

Subject: Re: Chris "Aaron"

To: susanbmcl@gmail.com susanbmcl@gmail.com

Hey Susan, Please relay to Chris Wofse that the Lexington Police is informed about the "creep", but they actually were upset with Mr. Wofse. Wofse has for the last 5 years refused to pay his dogs licenses. He did not want to get his dogs neutered, which costs slightly more, so he paid NOTHING instead. U think the town is happy about that? Two 90 lbs adult dogs (German Shepherds) on a play ground with kids. Non-neutered. Not vaccinated. (Anti-vaxxers, surprise). Feces all around. NO acknowledgement. Would you be happy about YOUR kids getting rabies?! Stepping in (excuse me) shit?! Tired of this and keeping track ourselves!!! Tired of these people that are anti-government, which to them seems to mean a free for all. Vets for peace??? REALLYYYY??? He can start paying what he owes the town, and clean up the playground some afternoon. Quite the veteran!!!

Fifteen minutes later, defendants sent a nearly identical e-mail to a writer for a major newspaper working with Chris on an upcoming drone warfare article.

52.     Once again, there is a strong connection between the attacks, the Wofse's dogs, the locality of Lexington, the park where the confrontations about the dogs occurred, and Chris's political activity.

53.     On October 9, 2017, defendants sent a guerrillamail.com e-mail to Chris threatening to harm his dog, referring to "dog meat" as "Derrricious", as well as mocking the Wofse's digital security efforts:

From: 8srkme+ecwqtsmyxzzeg@guerrillamail.com                      Sent:  Mon 10/9/2017 6:17 AM
To:   c.aaron@igoldadvisor.com
Cc:
Subject:   GMS

Good Moooorning Suuunshine, or should we call you Dora The Explora!! U up .. yet?? LOL!! We got a little Thoreau on our hands!! What a rebel, born in Concord, lived in Concord and died in Concord!! Dora stayed in Concord too .. with her monkey boots, backpack and other animated friends! But let's not be racist, let's join Dora on her adventure in an animated world set inside a computer!! Remember, the titular character seeks viewers' help in solving a puzzle. Many viewers have been invited. Some of them are racist. Because dog meat is Derrricious!! It's a red meat, quite fatty, and extremely fragrant. Take a cross between beef and mutton with strong meaty flavoring, and you've got the taste of DOG. BTW, 4k for a retainer?? Better get someone from China :)!! or someone like you (according to your lovely LinkedIn!!) who speaks Spanish!! b/c GORILLA "mail" is really guer-ril-la warfare! Everybody is kung fu fighting! Oh WAIT that's right, you only listen to really .. er, SHITTY WHITE music. William Fitzsaywhat?? Stares blankly into the camera and blinks.

54.     Between October 19-21, 2017, defendants again hacked into the Wofses' home

internet router and/or computer and phone systems.  They stole or unlawfully accessed electronic

data and information about the Wofses, and without their authorization changed or attempted to

change their names, passwords, and/or recovery e-mail addresses and phone numbers to websites

used by the Wofses such as Google, Netflix, PayPal, StockCharts, and Verizon.

55.     On or about October 21, 2017, defendants sent a vulgar text message to Leonard

inviting him to participate in pornographic acts.

56.     On or about October 21, 2017, defendants sent a threatening guerrillamail.com

text message to Leonard that he should consider alkaline hydrolysis as an alternative to burial

and cremation. The threat against his life is clear, as alkaline hydrolysis is a means used to

liquify flesh and reduce bone to a substance similar to ashes, thus destroying the evidence of a

murder.

 1 of 3
FRM:8vws3j+493kjbfvao644@guerrillamail.com
SUBJ:l
MSG:An Alternative to Burial and Cremation Gains Popularity: Alkaline
(Con't) 2 of 3
Hydrolysis

57.     On December 31, 2017, after Chris reported defendants' abuse of

guerrillamail.com's terms of service to guerrillamail.com, defendants switched to a different e-

mail service provider and sent a threatening e-mail to Chris from a fake name, "Iamnot Waldo",

saying "Watch and see what we will do":

Subject:We know what you're up to.
  Date:Sun, 31 Dec 2017 19:14:02 +0000
  From:Iamnot Waldo <iamnotwaldo@outlook.com>
  To:chriswofse@hotmail.com <chriswofse@hotmail.com>

Watch and see what we will do.

58.    In or about January 2018, defendants extended their cyber-attacks to Chris's

mother.  They used anonymizing openmailbox.org and protonmail.com e-mail service providers

to send her unwanted e-mails to her personal and work e-mail addresses:

- directing her to "clean up after your dogs"

- asking her if she knew that "Christopher Wofse is sick in the head"

- stating that Chris "lies to his customers and cheats them out of money"

59.    Again, the obsessional nature of attacking the Wofse's dogs shows a link back to

the original confrontation that sparked the first attacks.

60.    In or about January 2019, defendants extended their cyber-attacks to Chris's

brother (Leonard's other son).  They sent unwanted, vulgar guerrillamail.com text messages to

him about Leonard.

61.    On January 1, 2018, defendants used yet another e-mail service provider,

impersonated Chris, and sent an e-mail to Leonard threatening to harm Chris:

From: <chriswofse@cock.li>
Date: Mon, Jan 1, 2018 at 7:59 AM
Subject: u fuck w/us we fuck w/u Chris!!
To: lenwofse@gmail.com


yeah


62.     On January 1 and 3, 2019, defendants used the anonymizing anonymousemail.me

e-mail service provider and guerillamail.com to send Leonard vulgar messages about cleaning up

after his dogs:


        **Subject:disruption leads to learning**
            **Date:Tue, 1 Jan 2019 23:03:51 +0000**
            **From:Anonymousemail <noreply@anonymousemail.me>**
    **Reply-To:len.wofse@gmail.com**
            **To:c.aaron@igoldadvisor.com**


        This message was sent via **anonymousemail**
        To remove this signature and unlock all features go **premium**

        **Learning to clean up your SHIT is a start. Fucking pigs.**


        1 of 3
        FRM:gsm4rc+4ixcv9r5wbtw@guerrillamail.com
        SUBJ:h
        MSG:Is evil something you are? Or is it something you do?
        CLEAN UP YOUR DOG SHIT YOU
        (Con't) 2 of 3
        FUCKING FILTHY PIG!!
        Community = other people who like to NOT step in your dog shit.



        ----
        Sent using Guerrillamail.com
        Block or
        (Con't) 3 of 3
        report abuse: https://www.guerrillamail.com//abuse/?a=FxAjUlpVFuNB0S6g6GpRcwDTA8SVxg%3D%3D

        (End)


63.     Again there is an obsessional nature to these emails relating to the confrontation

between Michael Horn and Leonard regarding the dogs. Further, Michael Horn is an author who

had published works related to the use of disruptive technology in education. The use of the

phrase "Distruption leads to learning" as well as the references to "Is evil something you are? Or

something you do?" is in striking similarity with Michael Horn's written works as well as

published works such as his "Beyond Good and Evil" essay in April of 2011.

64.     On or about January 3, 2019, defendants sent a guerrillamail.com text message to

Leonard that referenced an attempt to crack an electronic password:

```
FRM:gsp3tr+2bwbprpzkrnrc@guerrillamail.com
SUBJ:Motorolamotoe5play
MSG:#include <iostream>
#include <ctime>
using namespace std;
string
(Con't) 2 of 10
crackPassword(string pass);
long long int attempt;
clock_t start_t, end_t;

int main(){
    string password;

    cout << "Enter the
(Con't) 3 of 10
password to crack : ";
    cin >> password;

    cout << endl << endl << endl << ">\n>> CRACKED THE PASSWORD! >>\n>" << endl <<  endl
(Con't) 4 of 10
<<"The password : " << crackPassword(password) << endl;
    cout << "The number of attempts : " << attempt << endl;
    cout << "The
(Con't) 5 of 10
time duration  passed : " << (double)(end_t – start_t)/1000 << " seconds" << endl << endl;
    return 0;
}

string crackPassword(string pa
More
```

65.     On or about January 3, 2019, defendants sent a guerrillamail.com text message to

Leonard that referenced they were watching him "close range":

1 of 3
FRM:gskp0e+j6k5wdv3axs@guerrillamail.com
SUBJ:hello
MSG:IaΔ¿m not stalking I prefer the term close range people watching
(Con't) 2 of 3
...




----
Sent using Guerrillamail.com
Block or report abuse: https://www.guerrillamail.com//abuse/?a=FxAjUlpVFuNB0S6g6GpRcwDTA8SVxg%
(Con't) 3 of 3
3D%3D

(End)


66.     Once again, there is a reference to the local nature of the attacker, meaning that they are capable of physically observing the Wofse's.


67.     On February 1, 2019, defendants used protonmail.com and a fake name ("Bob Smith") to email three of Chris's business associates, falsely accusing Chris of, among other things, deception and questionable business practices, and warning him against doing business with Chris.  For example:

**From:** Bob Smith <bobsmithbrown@protonmail.com>

**Date:** February 1, 2019 at 1:16:53 PM GMT+1

**To:** "eric@bullionexchanges.com" <eric@bullionexchanges.com>

**Subject: Igoldadvisor Christopher Wofse**

**Reply-To:** Bob Smith <bobsmithbrown@protonmail.com>

Dear Mr. Vronsky and Gold-Eagle Community, and Bullion Exchanges, YouTube Precious Metals Community, and Whoever else is copied and bcc-ed on this email,

This is in regards to Igoldadvisor **Christopher Aaron Wofse**, which his full legal name, not just Christopher Aaron as stated on your website.

Did you know Wofse never worked for the CIA? I am friends with Randall Lane's wife and with Ken Rapoza, who works for the Boston Globe and Yahoo Finance. We are all well connected in our community as most of us attended Yale, Harvard, Princeton, Brown, Penn State etc..

Doing some research and making some calls we found out that Gold Eagle is employing Wofse as *senior editor*. We also found out that his bio is largely **fabricated**. Did you ever run a check on this guy or simply post what he told you to?

Christopher Wofse never worked for the CIA (they will be interested in hearing more about this). He has worked for the NGA, formerly known as the National Imagery and Mapping Agency (or NIMA). More specifically, Wofse worked as an *entry level employee* for them, assisting with finding targets on the ground. In other words, he was looking at maps to point to where to drop bombs. Prior to that he worked as a *data entry clerk* at State Bank.

He prematurely left his *private contracting job* in Afghanistan in 2009, where he only stayed for *several months* (not a few years). This was a *private* assignment. Wofse is *not* a United States Veteran as he claims.

It is unclear what his employment was thereafter in the US for the next several years. According to the Department of Transitional Assistance public records Wofse was a recipient of Massachusetts welfare during this time but has been denied any further benefits as of 2017.

Wofse did not publish research or analysis 'for over a decade' as he states on the Gold Eagle website and on his own. There is nothing at all to be found. He started a YouTube channel in 2015/2016. That's the only information available. According to our math that is 2.5 years not 10.

The only contact information on his website is a VOIP phone number. There is no business address, no public email contact, there is no registered listing of his business. When receiving monies from customers these matters are legal requirements for tax purposes and customer recourse.

Do you believe a *fabricated resume*, a *recent bankruptcy* and *hiding behind a middle name* instill confidence in customers or the financial community at large?

Are you aware you are employing an *impostor* who is giving advice without relevant certification but with a *dubious alias and history*?

I'll have my assistant gather various email addresses and different community contacts will all be receiving this email. How do you feel about a public news story about contractors engaging in questionable business practices, deceiving the public? You have some reputable people working for your site. Why did you elect this person to become senior editor?

We're looking forward to your response, and to the comments of others as well. If any of you wish to give additional information about this person please feel free to contact us at any time. Thank you.

Sincerely,

Bob Smith

bobsmithbrown@protonmail.com

68.    Michael Horn and Tracey Horn attended the colleges referenced, as well as professional associates of Ken Rapoza.

69.    On January 15, 2019, defendants used parastorage.com, a domain name not connected to the web, to impersonate Chris and send an online message to the law offices of Michael [K.] Horn Attorney, LLC (in Missouri), fictitiously asking "to discuss with you a case I want to pursue":

-------- Original Message --------
Subject: New message via your website, from c.aaron@goldadvisor.com
From: no-reply@parastorage.com
Date: Tue, January 15, 2019 4:20 pm
To: Michael@HornLawyer.com

- **You have a new message:**
- Via: https://www.hornlawyer.com/

- **Message Details:**

  - 
  - o **Name** Chris
  - o **Email** c.aaron@goldadvisor.com
  - o **Phone** 857-288-9313
  - o **Subject** legal
  - o **Message** Hello, I would like to discuss with you a case I want to pursue. Can you please let me know a good time to call Thank you
- **Sent on:** 15 January, 2019

- Thank you!


70.     Michael B. Horn (not the Michael K. Horn, Esq. above) resides at 8 Anthony Road, Lexington, Massachusetts 02420, less than a half of a mile from the Wofses' residence. Michael B. Horn and/or his wife have had issues with the Wofses' dogs; have reported same to the Lexington, Massachusetts police; have been spotted watching the Wofses and their residence; and have published views on the positive aspects of drone warfare, contrary to Chris's views.

71.     Between June 2017 and the present, defendants sent additional false, defamatory, disparaging, threatening, vulgar, and/or other damaging e-mails and text messages to or about the Wofses concerning their home, their dogs, the local park, how the Town of Lexington views them, Chris's business and speaking activities, Chris's PTSD, Leonard's disability, and other personal and private information about the Wofses.

72.     Between June 2017 and the present, defendants hacked into the Wofses' home internet router and/or computer and phone systems.  They stole or unlawfully accessed electronic data and information about the Wofses, and without their authorization changed or attempted to change the Wofses' names, passwords, and/or recovery e-mail addresses and phone numbers to websites used by the Wofses, or distributed personal and private information about the Wofses to others without the Wofses' knowledge or consent.

### THE WOFSES' EFFORTS TO IDENTIFY DEFENDANTS

73.     Defendants hide behind the internet, using anonymous and pseudonymous names and masked internet protocol addresses, to engage in their malicious cyber-attacks against the Wofses.  The Wofses did not invite these cyber-attacks.

74.     The Wofses, having had digital forensics performed, have determined that Michael and Tracy Horn possessed the requisite motive, means, and geographic proximity, and opportunity to either participate in these attacks directly, or solicit other unknown third parties to perform the attacks at their direction and on their behalf.

75.     This action seeks to unmasks further defendants, and recover damages suffered by the Wofse's due to the Horn's malicious activities.

### THE WOFSES' DAMAGES

76.     As a result of defendants' cyber-attack campaign, Chris's reputation and standing in the community have been injured.  For example, igoldadvisor.com subscribers and business associates, a newspaper writer working on an article about Chris, and a leader of a Massachusetts anti-drone organization have called into question Chris's character, reputation, and standing in the community.  They have been disturbed by the false allegations and have asked Chris to

dispute and explain them.

77.     As a result of defendants' cyber-attack campaign, Chris and his igoldadvisor.com business have been discredited.  On information and belief, Chris has lost current and prospective subscribers and/or payments for subscriptions due to defendants' actions.

78.     As a result of defendants' cyber-attack campaign, Chris has been unable to maintain his igoldadvisor.com business and contacts with current and prospective subscribers without interference from the cyber-attacks to his business e-mails and operating accounts (PayPal, StockCharts etc.).

79.     As a result of defendants' cyber-attack campaign, the Wofses have incurred costs to investigate and defend against the cyber-attacks (*e.g.*, legal, investigatory, forensic, updating or purchasing new security software and hardware, internet routers and service, and cell phones); restore lost electronic files and information; respond to third party inquiries into the false, defamatory, and disparaging statements; take additional steps and measures to mitigate the reputational and other harm caused by the cyber-attacks; and temporarily re-locate when they did not feel safe.

80.     As a result of defendants' cyber-attack campaign, the Wofses have suffered personal humiliation, mental anguish and suffering, and severe emotional distress.  Chris seeks treatment from a doctor for mental and emotional injuries caused by the cyber-attacks.  He suffers from anxiety attacks, intestinal bleeding, and sleep disruption tied to the cyber-attacks.

81.     Leonard in life suffers from anxiety attacks, as well as high blood pressure and sleep disruption, that was medically tied to the cyber-attacks.

82.    Leonard's doctors have stated that his health dramatically worsened as a result of the additional stress and loss of sleep related to the attacks. He passed away on August 7, 2019.

## COUNT I

### (DEFAMATION OF CHRIS WOFSE)

83.    Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 82 above.

84.    Defendants made statements that, among other things, accused Chris of deception, hiding information, tax evasion, questionable business practices, and illegal drug use; cautioned investors and business associates not to associate with Chris; and warned current and potential investors and business associates of doing business with Chris.

85.    Defendants' statements impute dishonesty, falsehood, fraud, and unlawful conduct to Chris in his personal and business capacity.

86.    Defendants' statements are false and defamatory.

87.    Defendants published these statements to one or more third persons.

88.    Defendants published these statements with the knowledge that the statements were false, or with reckless disregard as to their truth or falsity.

89.    Alternatively, defendants negligently published these statements.

90.    Defendants' false and defamatory statements caused Chris to suffer damages, including injury to his reputation and standing in the community, personal humiliation, mental anguish and suffering, and severe emotional distress.

## COUNT II

### _(COMMERCIAL DISPARAGEMENT OF CHRIS WOFSE)_

91.    Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 90, above.

92.    Defendants made statements that Chris and igoldadvisor.com deceived clients and lost their money, and that warned current and potential clients and business associates against doing business with Chris.

93.    Defendants' statements are false and disparaged Chris and igoldadvisor.com's products and services.

94.    Defendants' other statements that Chris has a criminal past, engaged in deception and questionable business practices, and cannot be trusted are false and disparaged Chris and igoldadvisor.com's products and services.

95.    Defendants published these statements to one or more current and/or prospective igoldadvisor.com subscribers or business associates.

96.    Defendants published these statements with the knowledge that the statements were false, or with reckless disregard as to their truth or falsity.

97.    Defendants' false and disparaging statements caused current and/or prospective igoldadvisor.com subscribers or business associates to regard Chris and igoldadvisor.com as dangerous, fraudulent, dishonest, and/or reprehensible.

98.    Defendants' false and disparaging statements caused Chris and igoldadvisor.com

to suffer actual and special damages, including, on information and belief, economic loss from

business opportunities and lost current and/or prospective igoldadvisor.com subscribers and/or

payments for subscriptions.

## COUNT III

### *(INTENTIONAL INTERFERENCE WITH ADVANTAGEOUS RELATIONS OF CHRIS WOFSE)*

99.     Plaintiffs incorporates by reference the allegations set forth in paragraphs 1

through 98, above.

100.     Through igoldadvisor.com, Chris has and had advantageous relations with third

parties, including current and/or prospective igoldadvisor.com subscribers.

101.     At the time of the above defamatory and disparaging statements, defendants knew

or should have known of Chris and igoldadvisor.com's advantageous relations with current

and/or prospective igoldadvisor.com subscribers or business associates.

102.     Defendants knowingly induced a breaking of these relationships between Chris

and igoldadvisor.com on the one hand, and current and/or prospective igoldadvisor.com

subscribers or business associates on the other hand, by and through interference in the form of,

among other things, defendants' defamatory and disparaging statements above.

103.     On information and belief, current and/or prospective igoldadvisor.com

subscribers or business associates have refused to deal with Chris and igoldadvisor.com, place

orders for subscriptions, pay for subscriptions, or return calls or other business related messages.

104.     On information and belief, the breaking of these relationships was caused by

defendants' interference, resulting in damage to Chris and igoldadvisor.com in the form of tarnished reputation, loss of good will, and lost opportunities and profits.

105.    Defendants' interference was intentional, as well as improper in motive or means. Indeed, defendants sought to disrupt, delay, suspend, prevent, or terminate Chris and igoldadvisor.com's business relationships by defaming and disparaging Chris and igoldadvisor.com's products and services.

106.    Defendants' interference caused Chris and igoldadvisor.com to suffer actual and special damages, including, on information and belief, economic loss from business opportunities and lost current and/or prospective igoldadvisor.com subscribers and/or payments for subscriptions.

## COUNT IV

### *(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS OF CHRIS WOFSE)*

107.    Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 106, above.

108.    Defendants intended to inflict emotional distress or knew or should have known that emotional distress would be the likely result on Chris by their actions such as defaming and disparaging Chris, interfering with Chris and igoldadvisor.com's business relationships, threatening to harm Chris and his dog, and/or invading or intruding on Chris's privacy interests.

109.    Defendants' actions were extreme, outrageous, beyond all possible bounds of decency, and/or utterly intolerable in a civilized community.

110.    Defendants' actions caused Chris to suffer damages, including severe emotional

distress and expenses for medical treatment.

## COUNT V

### *(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS OF LEONARD WOFSE)*

111.   Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 110, above.

112.   Defendants intended to inflict emotional distress or knew or should have known that emotional distress would be the likely result on Leonard by their actions such as disparaging Leonard, threatening to harm Leonard and Chris, and/or invading or intruding on Leonard's privacy interests.

113.   Defendants' actions were extreme, outrageous, beyond all possible bounds of decency, and/or utterly intolerable in a civilized community.

114.   Defendants' actions caused Leonard to suffer damages, including severe emotional distress and expenses for medical treatment.

## COUNT VI

### *(NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS OF CHRIS WOFSE)*

115.   Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 114, above.

116.   Defendants negligently inflicted emotional distress on Chris by their actions such as defaming and disparaging Chris, interfering with Chris and igoldadvisor.com's business relationships, threatening to harm Chris and his dog, and/or invading or intruding on Chris's privacy interests.

117.    Defendants' actions were extreme, outrageous, beyond all possible bounds of decency, and/or utterly intolerable in a civilized community.

118.    Defendants' actions caused Chris to suffer damages, including physical harm manifested by objective symptoms, severe emotional distress and expenses for medical treatment.

## COUNT VII

### (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS OF LEONARD WOFSE)

119.    Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 118, above.

120.    Defendants negligently inflicted emotional distress on Leonard by their actions such as disparaging Leonard, threatening to harm Leonard and Chris, and/or invading or intruding on Leonard's privacy interests.

121.    Defendants' actions were extreme, outrageous, beyond all possible bounds of decency, and/or utterly intolerable in a civilized community.

122.    Defendants' actions caused Leonard to suffer damages, including physical harm manifested by objective symptoms, severe emotional distress and expenses for medical treatment.

## COUNT VIII

### (INVASION OF CHRIS AND LEONARD'S PRIVACY)

123.    The Plaintiffs incorporate by reference the allegations set forth in paragraphs 1 through 122, above.

124.     The Plaintiffs value the privacy of their home internet router and/or computer and phone systems, including personal electronic data and information, as well as their personal and work affairs.

125.     Defendants invaded or intruded on the Wofses' privacy interests by hacking their home internet router and/or computer and phone systems; accessing their personal and work e-mails and files; contacting co-workers and clients about the Wofses; and distributing hacked and accessed information to third-persons, all without authorization.

126.     Defendants' invasion or intrusion on the Wofses' privacy interests was unreasonable, substantial, and/or serious under G.L. c. 214, § 1B.

127.     Defendants' invasion or intrusion on the Wofses' privacy interests was offensive and tortious under common law.

128.     Defendants' invasion or intrusion on the Wofses' privacy interests disrupted their lives, led to constant annoyance, and caused the Wofses to suffer damages, including costs to investigate and defend against the cyber-attacks and for various cybersecurity defense tools, mental anguish and suffering, and severe emotional distress.

## COUNT IX

### *(WRONGFUL DEATH)*

129.     Plaintiffs incorporates by reference the allegations set forth in paragraphs 1 through 128, above.

130.     Defendants conduct was willful, wanton, reckless, or negligent.

131.   Such conduct caused Leonard Wofse significant distress.

132.   Leonard Wofse suffered from heightened blood pressure and loss of sleep directly related to the attacks.

133.   The increased stress directly led to the rapid deterioration of Leonard Wofse's health.

134.   Such attacks were a proximate cause of Leonard Wofse's death.

135.   Plaintiffs now seek recompense for the wrongful death of Leonard Wofse occasioned by Defendant's conduct.

## COUNT X

### *(COMPUTER FRAUD AND ABUSE ACT – 18 U.S.C. § 1030)*

136.   The Wofses incorporate by reference the allegations set forth in paragraphs 1 through 135, above.

137.   Defendants hacked into the Wofses' home internet router and/or computer and phone systems.  They applied for a credit card in Chris's name without his knowledge or authorization.  They stole or unlawfully accessed electronic data and information about the Wofses, and without their authorization changed or attempted to change their names, passwords, and/or recovery e-mail addresses and phone numbers to websites used by the Wofses.  They monitored the Wofses' online and electronic activity.

138.   Chris and Leonard's respective computers are used in or affect interstate or

foreign commerce or communication, and thus constitute "protected computers" under 18 U.S.C.

§ 1030(e)(2).

139.   As described above, defendants committed or attempted to commit violations of

18 U.S.C. §§ 1030(a)(2)(A), (a)(2)(C), (a)(4), (a)(5), (a)(6) and 18 U.S.C. § 1030(b).

140.   Defendants' conduct has caused damage or loss consisting of more than $5,000 to

Chris and/or Leonard during a one-year period; the modification or impairment, or potential

modification or impairment, of the medical examination, diagnosis, treatment, or care of Chris

and/or Leonard; and physical injuries to Chris and/or Leonard.

## RESERVATION OF RIGHTS

The Wofses reserve any and all rights to amend, modify, or supplement this Complaint,

including bringing additional claims and substituting parties to the extent authorized by this

Court or by law.

## PRAYER FOR RELIEF

**WHEREFORE**, the Wofses respectfully request that this Court:

A.   Enter judgment against defendants on all counts of the Complaint;

B.   Award the Wofses compensatory damages in an amount in excess of $50,000 to be

determined at trial;

C.      Award the Wofses enhanced and/or punitive damages as permitted by law;

D.      Award the Wofses presumed damages as permitted by law;

E.      Award the Wofses pre- and post-judgment interest and reasonable attorney fees and costs as permitted by law;

F.      Enjoin defendants from publishing further defamatory and disparaging statements about the Wofses; harassing, contacting, and threatening the Wofses or their family members; interfering with Chris and igoldadvisor.com's business relationships; and invading the Wofses' privacy interests; and

G.      Grant such other relief as the Court deems just and proper.

## JURY DEMAND

The Wofses demand a jury trial on all claims so triable.

Dated: November 4, 2019

Respectfully submitted,
Christopher Aaron Wofse and the Estate of Leonard Wofse,
By Counsel,

Philip Schreffler, Esq.
BBO# 643931
Eno, Martin, Donahue LLP.
21 George Street
Lowell, MA 01852
978-452-8902
pschreffler@enomartin.com